# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **LABORERS' DISTRICT COUNCIL OF OHIO, *ET AL.*,** | * | |
| | * | |
| *Plaintiffs,* | | |
| | * | Case No. 2:17-cv-99 |
| v. | | Judge George C. Smith |
| | * | Magistrate Judge Vascura |
| **ROADSAFE TRAFFIC SYSTEMS, INC.,** | * | |
| | | |
| *Defendant.* | * | **ORDER** |

This matter is before the Court on the Joint Motion of the parties pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, asking this Court to indicate its willingness to accept the limited remand from the Court of Appeals and proceed to review the settlement agreement for compliance with Section 302 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. §186; vacate the underlying judgment; and dismiss all claims with prejudice. (*See* Doc. 30).

Having considered the Parties' Joint Motion and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Court of Appeals for the Sixth Circuit, it will grant the relief requested.

IT IS, THEREFORE, ORDERED BY THE COURT that if this case is remanded to the District Court by the Court of Appeals, this Court will grant the Parties' Joint Motion pursuant to Rule 62.1 of the Federal Rules of Civil Procedure and proceed to review the settlement agreement for compliance with Section 302 of LMRA; vacate the underlying judgment; and dismiss all claims with prejudice.

    *s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**